815 A.2d 560

**In the Matter of David FRIEDMAN, Petition
for Reinstatement from Inactive Status.**

**No. 101 DB 2002.**

Supreme Court of Pennsylvania.

Dec. 13, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 13th day of December, 2002, The Report
and Recommendations of The Disciplinary Board of the Su-
preme Court of Pennsylvania dated November 22, 2002, are
approved and IT IS ORDERED that DAVID FRIEDMAN,
who has been on inactive status, has never been suspended or
disbarred, and has demonstrated that he has the moral qualifi-
cations, competency and learning in law required for admis-
sion to practice in the Commonwealth, shall be and is, hereby
reinstated to active status as a member of the Bar of this
Commonwealth. The expenses incurred by the Board in the
investigation and processing of the Petition for Reinstatement
shall be paid by the Petitioner.